Stephen M. Lobbin (SBN 181195)
sml@smlavvocati.com
Julia M. Skyhar (SBN 340227)
jms@smlavvocati.com
**SML Avvocati P.C.**
888 Prospect Street, Suite 200
San Diego, California 92037
Tel: 949.636.1391

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **ENGINEER.AI CORPORATION d/b/a BUILDER.AI**, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**BARRY B. KAUFMAN**, an individual, and **LAW OFFICES OF BARRY B. KAUFMAN**, a California professional corporation,<br><br>Defendants. | Case No. 2:22-cv-03552-SPG-KS<br><br>**REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION**<br><br>Date: November 30, 2022<br>Time: 1:30 p.m.<br>Ctrm: 5C<br><br>Honorable Sherilyn Peace Garnett |

None of Defendants' arguments in opposition to reconsideration has merit.

First, Defendants argue that there is no basis for reconsideration, but if Plaintiff's position is correct that this Court mis-assessed the third-party Lakestar in concluding that it had a "substantial interest in the outcome of the litigation" in question, then certainly there was "a manifest showing of a failure to consider material facts presented to the Court before the Order was entered," as L.R. 7-18 requires.

Second, Defendants argue that this Court got it right in concluding that "Lakestar had an interest in the outcome of the various litigations that was 'substantial' to warrant the litigation privilege applying to the Lakestar Letter." But Plaintiff's position is that the Court got it wrong because the facts here are distinguishable from those of the cited cases, principally because in all of the cited cases, the third party being communicated with had some real risk of becoming embroiled in the underlying dispute, either with potential liability or being a necessary witness, etc. Here, Lakestar was (and is) a passive investor in Plaintiff, and has no such risk. Therefore, the Court's conclusion that Lakestar had a "substantial interest in the outcome of the litigation" should be reconsidered.[1]

## Conclusion

For each of the foregoing reasons, Plaintiff respectfully requests favorable reconsideration of this Court's September 9 Order.

Respectfully submitted,

Dated:  November 16, 2022              **SML Avvocati P.C.**

By:   /s/ Stephen M. Lobbin
         Attorneys for Plaintiff

---

[1] Notably, Defendants never quibble with Plaintiff's proposition that Lakestar "never had any involvement in, interest in, or potential liability from any of Defendants' (or its clients') various litigation campaigns against Plaintiff."

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 16, 2022, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

    /s/ Stephen M. Lobbin