JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ENGINEER.AI CORPORATION d/b/a BUILDER.AI, a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BARRY B. KAUFMAN, an individual, and LAW OFFICES OF BARRY B. KAUFMAN, a California professional corporation,<br><br>　　　　　Defendants. | Case No. 2:22-cv-03552-SPG-KSx<br><br>**JUDGMENT**<br><br>Judge:　Hon. Sherilyn Peace Garnett<br><br>Action Filed:　　May 25, 2022 |

On September 9, 2022, the Court entered an order granting Defendants BARRY B. KAUFMAN and LAW OFFICES OF BARRY B. KAUFMAN's Special Motion to Strike, in part, as to the First Amended Complaint [Dkt. No. 39]. Pursuant to the Court's September 9, 2022 Order, Plaintiff ENGINEER.AI CORPORATION filed a Second Amended Complaint on September 23, 2022.

On December 5, 2022, the Court entered an order granting BARRY B. KAUFMAN and LAW OFFICES OF BARRY B. KAUFMAN's Motion to Dismiss the Second Amended with prejudice [Dkt. No. 52].

THEREFORE, IT IS HEREBY ADJUDGED, DECLARED, AND DECREED that:

1. Plaintiff ENGINEER.AI CORPORATION shall take nothing from Defendants BARRY B. KAUFMAN and LAW OFFICES OF BARRY B. KAUFMAN;

2. Judgment be entered in favor of Defendants BARRY B. KAUFMAN and LAW OFFICES OF BARRY B. KAUFMAN and against Plaintiff ENGINEER.AI CORPORATION; and

3. Defendants BARRY B. KAUFMAN and LAW OFFICES OF BARRY B. KAUFMAN shall separately file a motion for attorneys and costs pursuant to Cal. Civ. Proc. Code § 425.16(c).

IT IS SO ORDERED.

DATED: December 14, 2022

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE