**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DAVID D. SAMANI, SB# 280179
  E-Mail: David.Samani@lewisbrisbois.com
MARKUS M. ALOYAN, SB# 335586
  E-Mail: Markus.Aloyan@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants BARRY KAUFMAN and LAW OFFICES OF BARRY B. KAUFMAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ENGINEER.AI CORPORATION d/b/a BUILDER.AI, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BARRY B. KAUFMAN, an individual, and LAW OFFICES OF BARRY B. KAUFMAN, a California professional corporation,<br><br>Defendants. | Case No. 2:22-cv-03552-SPG-KSx<br><br>**REQUEST FOR SPECIAL APPOINTMENT TO SERVE PROCESS**<br><br>Judge:   Sherilyn Peace Garnett<br><br>Action Filed:   May 25, 2022<br>Trial Date:   None Set |

Defendants in the above-captioned action hereby request that All-N-One Legal Support, a registered California process server whose business address is 1545 Wilshire Boulevard, Suite 715, Los Angeles, California 90017 ("Process Service"), be specially appointed to serve any Writs of Attachment and Writs of Execution in this action.

Defendants represent that:

1. The process servers used by the Process Service are competent and not less than eighteen (18) years of age.

2.     Neither the Process Service nor its process servers are parties to this action. Neither the Process Service nor its process servers will be parties to this action.

3.     The process server(s) that will be used by the Process Service to effectuate service in this action is/are California process server(s) duly registered in the county in which the Writ of Attachment and/or Writ of Execution will be served.

4.     Granting this request will affect substantial savings in time and travel fees of the United States Marshal, who shall remain the levying officer pursuant to Local Rules 64-2 and 64-3, and California Code of Civil Procedure § 699.080.

5.     A proposed order is lodged concurrently.

DATED: February 10, 2025         LEWIS BRISBOIS BISGAARD & SMITH LLP

By:  */s/ Markus M. Aloyan*
MARKUS M. ALOYAN
Attorneys for Defendants BARRY KAUFMAN and LAW OFFICES OF BARRY B. KAUFMAN